**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JEREMY L. HARRIGAN,**
*on behalf of the Estate and Biological*
*Family of Kylee Harrigan***,**

        **Plaintiff,**

        **v.**                        **Case Number 2:25-cv-981**
                                    **Judge Edmund A. Sargus, Jr.**
                                    **Magistrate Judge Kimberly A. Jolson**

**ROBYN FLOHRE,** *et al.***,**

        **Defendants.**

## ORDER

This matter is before the Court on the Court's April 2026 Order requiring Plaintiff Jeremy Harrigan to respond to Defendant Franklin County Children Services' Motion to Dismiss (ECF No. 28) and a portion of the Court's September 2025 Show Cause Order (ECF No. 3). (ECF No. 34.)

Plaintiff filed this case without counsel on behalf of the estate of his adoptive sister and her biological family. (ECF No. 2.) In September 2025, the Court ordered Plaintiff to (1) show cause that he is the sole beneficiary of his adoptive sister's estate and (2) clarify whether he intends to proceed on behalf of the estate only or whether he is also proceeding on behalf of other family members. (ECF No. 3.) The Court explained that Plaintiff cannot proceed *pro se* on behalf of other individuals. (*Id.*) Plaintiff filed a notice on the docket stating that he is "actively taking steps to secure licensed counsel." (ECF No. 26.) But Plaintiff did not respond to the first portion of the September 2025 Show Cause Order. Additionally, Plaintiff did not acquire counsel.

Defendant Franklin County Children Services filed a Motion to Dismiss in October 2025. (ECF No. 28.) To date, Plaintiff has not filed a response in opposition.

On April 14, 2026, the Court ordered Plaintiff to respond within 14 days to Defendant's Motion to Dismiss and the outstanding portion of the Court's September 2025 Show Cause Order. (ECF No. 34, PageID 168.) The Court warned Plaintiff that failure to comply with the April 2026 Order may result in dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b) and/or will result in the Court treating Defendant's Motion to Dismiss as unopposed. (*Id.*) More than 14 days have passed and Plaintiff has not responded to the Court's April 2026 Order.

Accordingly, the Court **DISMISSES without prejudice** Plaintiff's claims under Rule 41(b) for failure to prosecute and for failure to comply with the Court's April 2026 Order. Additionally, (ECF No. 28) Defendant Franklin County Children Services' Motion to Dismiss is **DENIED as moot**.

The Clerk is **DIRECTED** to enter judgment, close this case, and mail a copy of this Order to Plaintiff Jeremy Harrigan at P.O. Box 246, Amlin, Ohio 43002.

**IT IS SO ORDERED.**

**5/19/2026**                                **s/Edmund a. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**